[No. 45245-6-II.   Division Two.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MADISON McCLENNY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00343-8, James E. Warme, J. Pro Tem., entered August 13, 2013. *Remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 30032-3-III.   Division Three.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY LYNN GRIJALVA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01820-0, Brian P. Altman, J. Pro Tem., entered June 6, 2011. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J.; Fearing, J., dissenting.

[No. 30166-4-III.   Division Three.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NIKOLAS FRANCIS GLENN CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00425-8, Robert G. Swisher, J., entered July 22, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.